BEFORE THE THIRD DIVISION, JULY 3, 1967

**No. P67/225.**—Reliance Merchandise Co., Inc. *v.* United States, protest 66/2869 (New York).

LANDIS, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of wall plaques similar in all material respects to those the subject of *Ross Products, Inc.* v. *United States* (43 Cust. Ct. 74, C.D. 2106), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, JULY 6, 1967

**No. P67/226.**—Schuster Naval Stores Company *v.* United States, protests 62/18788, etc. (Savannah).

RAO, C.J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of galvanized wire fencing, composed of wires not over twenty one-hundredths and not under eight one-hundredths of one inch in diameter, similar in all material respects to that the subject of *Amerlux Steel Products Corp. et al.* v. *United States* (52 Cust. Ct. 83, C.D. 2441), the claim of the plaintiff was sustained.

**No. P67/227.**—Kanematsu New York, Inc. *v.* United States, protest 65/3813 (New York).

RAO, C. J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of bandsaws similar in all material respects to those the subject of *J. E. Bernard & Co., Inc.* v. *United States* (50 Cust. Ct. 41, C.D. 2386), the claim of the plaintiff was sustained.